**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LUCIO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-268-FCD |
| PLAINTIFF, ) | STIPULATION AND ORDER REGARDING JUDGMENT AND SENTENCE |
| v. ) | |
| LUCIO HERNANDEZ, ) | |
| DEFENDANT. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Heiko Coppola and the defendant, Lucio Hernandez, represented by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the following new Judgment and Sentencing date along with the new schedule for disclosure of pre-sentence report and filing objections thereto can be adopted by the Court:

| | |
|---|---|
| Judgment and Sentence | April 20, 2009 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Office and opposing counsel no later than | April 13, 2009 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than | April 6, 2009 |

1

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than | March 30, 2009 |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than | March 23, 2009 |

The Judgment and Sentencing date was cleared with the Court's courtroom deputy, Ms. Michele Krueger, and the date is available with the Court. Probation was also contacted and the dates are agreeable with Probation.

                Respectfully submitted,
                LAWRENCE G. BROWN
                ACTING UNITED STATES ATTORNEY

DATED: 2-9-09     /s/ Heiko Coppola by e mail authorization
                HEIKO COPPOLA
                Assistant United States Attorney
                Attorneys for the Plaintiff

DATED: 2-9-09     /s/ James R. Greiner
                JAMES R. GREINER
                Attorney for defendant Lucio Hernandez

## **ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: February 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE