**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
LUCIO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> LUCIO HERNANDEZ, ) <br> ) <br> DEFENDANT. ) <br> _____) | CR.S-07-268-FCD <br><br> STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Heiko Coppola and the defendant, Lucio Hernandez, represented by his attorney, Mr. James R. Greiner, hereby stipulate and agree that the following new Judgment and Sentencing date can be adopted by the Court:

Judgment and Sentence          May 4, 2009 at 10:00 a.m.

The Judgment and Sentencing date was cleared with the Court's courtroom deputy, Ms. Michele Krueger, and the date is available with the Court. Probation was also contacted and the date is agreeable with Probation.

1

|  |  |
|---|---|
|  | Respectfully submitted,<br>LAWRENCE G. BROWN<br>ACTING UNITED STATES ATTORNEY |
| DATED: 4-14-09 | /s/ Heiko Coppola by telephone authorization<br>_____<br>HEIKO COPPOLA<br>Assistant United States Attorney<br>Attorney for the Plaintiff |
| DATED: 4-14-09 | /s/ James R. Greiner<br>_____<br>JAMES R. GREINER<br>Attorney for defendant Lucio Hernandez |

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: April 14, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE