1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   LUCIO HERNANDEZ
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          No.  CR. S-07-268 TLN

12              Plaintiff,            **STIPULATED MOTION AND ORDER TO
                                      REDUCE SENTENCE PURSUANT TO 18
13      v.                            U.S.C. § 3582(c)(2)**

14 LUCIO HERNANDEZ,                   RETROACTIVE DRUGS-MINUS-TWO
                                      REDUCTION CASE
15              Defendant.

16                                    Judge:  Honorable TROY L. NUNLEY

17      Defendant, LUCIO HERNANDEZ, by and through his attorney, Assistant Federal

18 Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its

19 counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20      1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21 imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22 based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23 pursuant to 28 U.S.C. § 994(o);

24      2.      On May 4, 2009, this Court sentenced Mr. Hernandez to a term of 135 months

25 imprisonment;

26      3.      His total offense level was 33, his criminal history category was I, and the

27 resulting guideline range was 135 to 168 months;

28

Stipulation and Order Re: Sentence Reduction          1

4.      The sentencing range applicable to Mr. Hernandez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Hernandez' total offense level has been reduced from 33 to 31, and his amended guideline range is 108 to 135 months; and,

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Hernandez' term of imprisonment to a total term of 108 months.

7.      In light of the parties' stipulation, the noticed motion filed May 5, 2015, is withdrawn.

Respectfully submitted,

Dated:  May 15, 2015                              Dated:   May 15, 2015

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                             Federal Defender


 /s/ Jason Hitt                                          /s/ David M. Porter
JASON HITT                                          DAVID M. PORTER
Assistant U.S. Attorney                            Assistant Federal Defender

Attorney for Plaintiff                               Attorney for Defendant
UNITED STATES OF AMERICA             LUCIO HERNANDEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Hernandez is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2009 is reduced to a term of 108.

The noticed motion having been withdrawn, the hearing set for May 28, 2015, is VACATED.

1    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

2 remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

3 reduction in sentence, and shall serve certified copies of the amended judgment on the United

4 States Bureau of Prisons and the United States Probation Office.

5    Unless otherwise ordered, Mr. Hernandez shall report to the United States Probation

6 Office within seventy-two hours after his release.

7 Dated:   May 18, 2015

8

9

10                              Troy L. Nunley
                               United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28