AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)         Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the

EASTERN   District of   CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No:   2:07CR00268-04 |
| | ) |
| LUCIO HERNANDEZ | ) |
| | ) USM No:   17099-097 |
| Date of Original Judgment:        05/04/2009 | ) |
| Date of Previous Amended Judgment: _____ | ) David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 135 _____ months **is reduced to** _____ 108 months _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ 05/08/2009 _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____ 05/22/2015 _____

_____
*Judge's signature*

Effective Date: _____ 11/01/2015 _____        Troy L. Nunley, United States District Court Judge
*(if different from order date)*        *Printed name and title*